__UNPUBLISHED__

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 09-8134

———————

ZACHARY VINCENT MILLER, a/k/a Zachary V. Miller,

Petitioner – Appellant,

v.

LEVERN COHEN, Warden, Ridgeland Correctional Institution,

Respondent – Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior District Judge.  (8:08-cv-03729-GRA)

———————

Submitted:  April 12, 2010            Decided:  June 2, 2010

———————

Before MOTZ, AGEE, and DAVIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Zachary Vincent Miller, Appellant Pro Se.  Alphonso Simon, Jr., OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, Donald John Zelenka, Deputy Assistant Attorney General, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zachary Vincent Miller seeks a certificate of appealability to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2254 (2006) petition. A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Miller has not made the requisite showing. Accordingly, we deny Miller's application for a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED